STATE IN THE INTEREST OF R. B.

July 21, 1982.

Petition for certification denied.

KARL D. PETTIT, JR. v. UNITED FILIGREE, INC.

July 21, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. PHILLIP PASSAFIUME.

July 21, 1982.

Petition for certification denied.   (See 184 *N.J.Super.* 447)

STATE OF NEW JERSEY v. EDWARD WILLIAMS.

July 21, 1982.

Petition for certification denied.